UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JONES,

                    Plaintiff(s),　　　　　　**NOTICE OF COURT CONFERENCE**

       -against-

MIRJAVADI,　　　　　　　　　　　　　　　　　11 civ 5340 (JGK)

                    Defendant(s).
--------------------------------------------------------X

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, September 26, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                       *Don Fletcher*
                                          Courtroom Case Manager

Dated: New York, New York
          August 3, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2011