UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES JONES,

                Plaintiff,        11 Civ. 5340 (JGK)

    - against -               ORDER

ZAK MIRAJAVADI d/b/a DOLPHIN
SERVICES, LLC.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received the attached correspondence, which it forwards to the parties.

SO ORDERED.

Dated:    New York, New York
           September 14, 2011

                                      John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-14-11

Hon. John G. Koeltl
U.S.District Judge
500 Pearl Street
Courtroom 12B
New York, N.Y.

RECEIVED
SEP 14 2011
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re: 11 Civ 5340
Subject: Judicial Notice

Dear Judge Koeltl,

I've attached a copy of defendant-removant Dolphin Services with respect to the issue of this defendant claiming its principal place of business is at the home residence of its owner in Stamford, Ct.

I request the Court take judicial notice that the business card of defendant, annexed hereto, clearly demonstrates that Dolphin misled the Court on this issue, regardless of the relevance in Court proceedings. It shows that Dolphin has a proclivity to making bogus claims and goes to the credibility of said defendant.

I also note that the defendants recently attempted to serve an Amended Answer on 9/8/2011, by mail on the undersigned more than 20 days after the original Answer was served on 8/5/2011, which was also purportedly filed electronically on August 19th, 2011. The Amended Answer was appropriately rejected.

Sincerely,

FIRST IN THE FIGHT
Chuck Jones
150 W. 51st St. Apt. 802
New York, NY 10019

Cc: Rubin, Fiorella, Friedman, LLC

 

**Zak Mirjavadi**
President

500 Rushmore Ave.
Mamaroneck, NY 10543
Mobile: (203) 952-4100
Office: (914) 777-2488
Fax:      (914) 777-2489
*zak@dolphinllc.net*