UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES JONES,

               Plaintiff,

- against -

ZAK MIRJAVADI d/b/a DOLPHIN SERVICES, LLC,

               Defendants.

11 Civ. 5340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons explained on the record at today's hearing, this case is remanded forthwith to the Civil Court of the City of New York, County of New York. The Clerk is directed to close the case on the docket of this Court.

    SO ORDERED.

Dated:    New York, New York
           September 30, 2011

                                      John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/30/11